**Order entered October 9, 2019**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-19-00709-CV**
**No. 05-19-00711-CV**

**IN THE INTEREST OF I.S., ET AL., CHILDREN**
**IN THE INTEREST OF J.L., JR., ET AL., CHILDREN**

**On Appeal from the 254th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. DF-14-10695 and DF-17-19273-R**

## ORDER

Before the Court is Mother's October 8, 2019 motion for additional time to file her brief. Because these accelerated appeals from a decree of termination were filed June 11, 2019 and should be brought to final disposition within 180 days of the filing of the notice of appeal, we **GRANT** the motion to the extent we **ORDER** Mother's brief be filed no later than October 21, 2019. *See* TEX. R. JUDICIAL ADMIN. 6.2(a). We caution that further extension requests will not be granted absent exigent circumstances.

/s/     ROBERT D. BURNS, III
CHIEF JUSTICE